UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| WILLIAM EDWIN DAY, ) | CIVIL NO. 3:06-CV-167 RM |
| ) | |
| Plaintiff-Appellee ) | |
| ) | Originating from the |
| v. ) | United States Bankruptcy Court |
| ) | Northern District of Indiana |
| BANK OF AMERICA MORTGAGE ] | |
| CONSUMER SERVICE, et al. ) | South Bend Division |
| ) | Case No. 05-33219 |
| Defendants-Appellants ) | Chapter 11 |

OPINION AND ORDER

On March 3, Mr. Day filed a motion to withdraw reference with this court. To the extent Mr. Day presents any arguments in support of such a motion, they are unpersuasive and should be made first to the Bankruptcy Court. Therefore, the court DISMISSES this case and ORDERS it closed.

SO ORDERED.

ENTERED: March 16, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court